UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JANIE GAYDEN** | * | **CIVIL ACTION NO. 21-643** |
| | * | |
| **VERSUS** | * | **JUDGE SHELLY D. DICK** |
| | * | |
| **LIFE INSURANCE COMPANY OF** | * | **MAGISTRATE JUDGE ERIN** |
| **NORTH AMERICA** | * | **WILDER-DOOMES** |
| * * * * * *  * | * * * * * * | |

### JOINT STIPULATION REGARDING ERISA CASE ORDER

Plaintiff, Janie Gayden, and defendant, Life Insurance Company of North America, hereby stipulate that:

a. The parties stipulate that ERISA governs the employee benefit Plan at issue;

b. The Plan does not vest the plan administrator with discretionary authority to determine eligibility for benefits or to construe and interpret the terms of the Plan; and

c. ERISA preempts all state law claims related to the employee benefit Plan at issue.

Respectfully submitted,

s/ J. Price McNamara
J. PRICE McNAMARA (#20291)
10455 Jefferson Highway, Suite 2B
Baton Rouge, LA  70809
Telephone:  (225) 201-8311
Facsimile:  (225) 201-8313
E-mail:  price@jpricemcnamara.com
*Attorney for Plaintiff, Janie Gayden*

s/ Lauren A. Welch
LAUREN A. WELCH (#17199)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH, L.L.C.
909 Poydras Street, Suite 1000
New Orleans, LA  70112
Telephone:  (504) 831-0946
Facsimile:  (800) 977-8810
E-mail:  lwelch@mcsalaw.com
*Attorney for Defendant, Life Insurance Company of North America*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022 a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/ Lauren A. Welch<br>
LAUREN A. WELCH